# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:17-CV-707-RJC-DCK

| | |
|---|---|
| RICKY W. CAMPBELL, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ELAINE C. DUKE, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on *pro se* "Plaintiff's Reply In Opposition To Defendant's Motion For Extension Of Time" (Document No. 8) filed February 6, 2018, which the Court construes as a "Motion For Reconsideration" of its Order granting Defendant an extension on February 1, 2018 (Document No. 7). This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will deny the motion.

**IT IS, THEREFORE, ORDERED** that the *pro se* "Plaintiff's Reply In Opposition To Defendant's Motion For Extension Of Time" (Document No. 8) is **DENIED**.

Signed: February 6, 2018

David C. Keesler
United States Magistrate Judge